

# THE THIRTEENTH COURT OF APPEALS

13-13-00428-CV

EDWARD CASTILLO
v.
CUAHUTEMOCH COBARRUBIAS

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-1551-11-G-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed without reference to the merits and the case remanded to the trial court. The Court orders the judgment of the trial court REVERSED without reference to the merits and the case REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

May 28, 2015